An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DEAN VIOX,
Petitioner,
vs.
THE HONORABLE NANCY L. PORTER, DISTRICT JUDGE; AND THE FOURTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF ELKO,
Respondents,
ROB LOWE; G. WOODBURY; M. TORVINEN; D. LOREMAN; AND T. JORDAN,
Real Parties in Interest.

No. 65058

FILED

JAN 29 2015


TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS

Pro se petitioner seeks a writ of mandamus compelling the district court to resolve his pending petition for a writ of habeas corpus. Having considered the petition, answers, and petitioner's opposition to D. Loreman's answer,[1] we conclude that this court's intervention by way of extraordinary relief is not warranted. NRS 34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

---

[1]The clerk of this court shall file petitioner's opposition, which was provisionally received in this court on January 8, 2015.

15-03188

deny the petition. *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991).

It is so ORDERED.[2]

_____, C.J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Nancy L. Porter, District Judge
Charles Dean Viox
Attorney General/Carson City
David D. Loreman
Gary D. Woodbury
Elko County District Attorney
Troy Curtis Jordan
Elko County Clerk

---

[2]The clerk of this court shall file the following documents that petitioner submitted to this court: opposition to enlargement of time, motion to compel or show cause, and motion for mental examination, which were provisionally received on December 22, 2014, January 2, 2015, and January 21, 2015, respectively. We deny all requests for relief contained in those documents. Petitioner's November 19, 2014, motion to compel judgment as a matter of law is likewise denied.